3:93-cr-00002-HRH (USA v. Hicks
Date filed: 01/13/1993
Date terminated: 07/07/1993

PDF created for purpose of assigning docket number.

NO INFORMATION AVAILABLE VIA PDF.