TIMOTHY M. BURGESS
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:93-cr-002-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF ATTORNEY** |
| v. | ) | **APPEARANCE** |
| | ) | |
| AARON HICKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      COMES NOW the United States by and through counsel and hereby gives notice that Special Assistant David A. Nesbett is appear as counsel for the for Plaintiff United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

>DAVID A. NESBETT
>Special Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, Room 253, #9
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-6306
>Fax: (907) 271-1500
>E-mail: david.nesbett@usdoj.gov

RESPECTFULLY SUBMITTED this 9th day of January, 2006 at

Anchorage, Alaska

>TIMOTHY M. BURGESS
>United States Attorney
>
>s/ David A. Nesbett
>Special Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-6306
>Fax: (907) 271-1500
>E-mail: david.nesbett@usdoj.gov
>Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2006
a copy of the foregoing Notice of Attorney
Appearance was sent via Facsimile to

**Lissa W. Shook**
1501 Fourth Avenue
2600 Century Square
 Seattle, WA 98101-1688
Fax: (206) 622-3150

**Robert K. Stewart Jr.**
701 W. 8th Avenue, Suite 800
Anchorage, AK 99501
Fax: (907) 257-5300

s/ David A. Nesbett