TIMOTHY M. BURGESS
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:93-cr-002-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **EXTEND GOVERNMENT'S** |
| | ) | **RESPONSE DUE DATE** |
| AARON HICKS, | ) | |
| | ) | |
| Defendant. | ) | **Filed on Shortened Time** |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests that the government's response to the defendant's motion be due on or before January 27, 2006.

The defendant filed a motion to reduce the term of imprisonment under 18 U.S.C. § 3582(c)(2) on December 7, 2005. The undersigned learned of the defendant's motion on January 6, 2006. An extension of time until the end of

January for the government to respond to the defendant's motion will neither affect the ultimate sentence nor the time the defendant will serve in custody. The government has contacted counsel for the defendant, Mr. Robert Stewart, who does not oppose the government's request.

The government respectfully requests, therefore, that the government's response to the defendant's motion to reduce the term of imprisonment be due on or before the close of business January 27, 2006.

RESPECTFULLY submitted this 9th day of January, 2006, at Anchorage, Alaska.

TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**
I hereby certify that on January 4, 2006
a copy of the foregoing Notice of Attorney
Appearance was sent via Facsimile to

**Lissa W. Shook**
1501 Fourth Avenue
2600 Century Square
Seattle, WA 98101-1688
Fax: (206) 622-3150

**Robert K. Stewart Jr.**
701 W. 8th Avenue, Suite 800
Anchorage, AK 99501
Fax: (907) 257-5300

s/ David A. Nesbett