IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:93-cr-002-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PROPOSED ORDER** |
| v. | ) | **REGARDING** |
| | ) | **UNOPPOSED MOTION TO** |
| AARON HICKS, | ) | **EXTEND GOVERNMENT'S** |
| | ) | **RESPONSE DUE DATE** |
| Defendant. | ) | |
| | ) | |

Having considered the unopposed motion filed by the United States to extend the Government's Response Deadline in this case, IT IS HEREBY ORDERED that the Government's Response to the Defendant's Motion to Reduce the Term of Imprisonment is due on or before January 27, 2006.

IT IS SO ORDERED.

DATED this ____ day of January, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE