```
                    IN THE UNITED STATES DISTRICT COURT

                          FOR THE DISTRICT OF ALASKA
```

UNITED STATES OF AMERICA,        )
                                 )
                 Plaintiff,      )
                                 )
        vs.                      )
                                 )
AARON BEARD, et al.,             )
                                 )
                 Defendants.     )
_____)
                                 )    No. A93-0002-CR (HRH)
This Order Pertains to:          )
                                 )
AARON HICKS (D-04)               )
_____)

O R D E R

Extension of Time

  Having considered the unopposed motion filed by the United States to extend the Government's response deadline in this case, IT IS HEREBY ORDERED that the Government's Response to the Defendant's Motion to Reduce the Term of Imprisonment is due on or before January 27, 2006.

  IT IS SO ORDERED.

  DATED at Anchorage, Alaska, this 10th day of January, 2006.

                 /s/ H. Russel Holland
                 United States District Judge