LISSA W. SHOOK
Davis Wright Tremaine LLP
1501 Fourth Avenue
2600 Century Square
Seattle, Washington 98101-1688
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
e-mail: lissashook@dwt.com

ROBERT K. STEWART
Davis Wright Tremaine LLP
Suite 800
701 West Eighth Avenue
Anchorage, Alaska 99501-3468
Telephone: (907) 257-5300
Facsimile: (907) 257-5399
e-mail: bobstewart@dwt.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AARON HICKS,<br><br>    Defendant. | Case No. A93-002-4 CR<br><br>**UNOPPOSED MOTION TO EXTEND DEFENDANT'S REPLY DUE DATE** |

COMES NOW the Defendant Aaron Hicks, by and through counsel, and hereby requests that Defendant's Reply to the Government's Partial Non-Opposition to Defendant's Motion to Reduce the Term of Imprisonment be due on or before February 21, 2006.

UNOPPOSED MOTION TO EXTEND DEFENDANT'S REPLY DUE DATE – 1
SEA 1751850v1 67214-1

On January 30, 2006, this Court entered an order that the reply in this case would be due February 6, 2006.  Since then, defendant's counsel has been unable to contact the defendant, who is presently incarcerated.  Because it is important that defendant's counsel consult with defendant regarding the case before a reply is filed, defendant respectfully requests for an extension of time to permit counsel to reach defendant.  Defendant has contacted counsel for the United States, Mr. David A. Nesbett, who does not oppose defendant's request.

Defendant respectfully requests, therefore, that defendant's reply to the government's partial non-opposition be due on or before the close of business February 21, 2006.

DATED this 3rd day of February, 2006.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Lissa Shook
    LISSA W. SHOOK
    Washington State Bar No. 35179

By: /s/ Robert K. Stewart
    ROBERT K. STEWART
    Alaska Bar No. 8506082

Attorneys for Defendant Aaron Hicks.

**CERTIFICATE OF SERVICE**

I, Lissa W. Shook, hereby certify that on the 3rd day of February, 2006, I filed the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND REPLY DUE DATE** with the Clerk of the U.S. District Court for the District of Alaska at Anchorage, which will send notification of such filing to the following:

- **David A. Nesbett**
  david.nesbett@usdoj.gov, christina.sherman@usdoj.gov

- **Lissa W. Shook**
  lissashook@dwt.com

- **Robert K. Stewart**
  robertstewart@dwt.com

And, I certify that on February 3, 2006, a true and correct copy of the foregoing document was served via first class mail postage prepaid addressed to:

Tim Burgess
U.S. Attorney's Office
222 W. 7th Avenue, #9
Anchorage, AK 99513-7567

　　　　　　　　　　　　　　　　　　　　__/s/ Lissa W. Shook_____
　　　　　　　　　　　　　　　　　　　　　　　Lissa W. Shook