LISSA W. SHOOK
Davis Wright Tremaine LLP
1501 Fourth Avenue
2600 Century Square
Seattle, Washington 98101-1688
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
e-mail: lissashook@dwt.com

ROBERT K. STEWART
Davis Wright Tremaine LLP
Suite 800
701 West Eighth Avenue
Anchorage, Alaska 99501-3468
Telephone: (907) 257-5300
Facsimile: (907) 257-5399
e-mail: bobstewart@dwt.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>AARON HICKS,<br><br>    Defendant. | Case No. A93-002-4 CR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND REPLY DUE DATE** |

  This Court having considered the unopposed motion filed by Defendant to extend the Defendant's reply deadline in this case, IT IS HEREBY ORDERED that the Defendant's Reply to the Government's Partial Non-Opposition to Defendant's Motion to Reduce the Term of Imprisonment be due on or before February 21, 2006.

UNOPPOSED MOTION TO EXTEND DEFENDANT'S REPLY DUE DATE – 1
SEA 1751855v1 67214-1

NOW, THEREFORE, it is ordered as follows:

Defendant's Unopposed Motion to Extend Reply Due Date is GRANTED.

DATED this _____ day of _____, 2006.

_____
United States District Court Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP


By: /s/ Lissa W. Shook
    LISSA W. SHOOK
    Washington State Bar No. 35179


By: /s/ Robert K. Stewart
    ROBERT K. STEWART
    Alaska Bar No. 8506082

Attorneys for Defendant Aaron Hicks.

**CERTIFICATE OF SERVICE**

I, Lissa W. Shook, hereby certify that on the 3rd day of February, 2006, I filed the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND REPLY DUE DATE** with the Clerk of the U.S. District Court for the District of Alaska at Anchorage, which will send notification of such filing to the following:

- **David A. Nesbett**
  david.nesbett@usdoj.gov, christina.sherman@usdoj.gov

- **Lissa W. Shook**
  lissashook@dwt.com, susanchristiansen@dwt.com

- **Robert K. Stewart**
  robertstewart@dwt.com

And, I certify that on February 3, 2006, a true and correct copy of the foregoing document was served via first class mail postage prepaid addressed to:

Tim Burgess
U.S. Attorney's Office
222 W. 7th Avenue, #9
Anchorage, AK 99513-7567

                                                              __/s/ Lissa W. Shook_____
                                                                 Lissa W. Shook