LISSA W. SHOOK
Davis Wright Tremaine LLP
1501 Fourth Avenue
2600 Century Square
Seattle, Washington 98101-1688
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
e-mail: lissashook@dwt.com

ROBERT K. STEWART
Davis Wright Tremaine LLP
Suite 800
701 West Eighth Avenue
Anchorage, Alaska 99501-3468
Telephone: (907) 257-5300
Facsimile: (907) 257-5399
e-mail: bobstewart@dwt.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AARON HICKS,<br><br>　　　　　　Defendant. | Case No. A93-002-4 CR<br><br>**DECLARATION OF LISSA W. SHOOK IN SUPPORT OF DEFENDANT'S REPLY TO THE GOVERNMENT'S PARTIAL NON-OPPOSITION TO DEFENDANT'S MOTION TO REDUCE THE TERM OF IMPRISONMENT** |

　　　　1.　　I am an associate with the firm of Davis Wright Tremaine LLP, attorneys for Defendant Aaron Hicks. I submit this Declaration in Support of Defendant's Reply

DECLARATION OF LISSA W. SHOOK
(A93-002-4 CR) – 1
SEA 1752734v1 67214-1

1. to the Government's Partial Non-Opposition to Defendant's Motion to Reduce the Term of Imprisonment.

2. Attached hereto as Exhibit A is a true and correct copy of the Imposition of Sentence Transcript of Proceedings filed August 18, 1993, in the U.S. District Court District of Alaska in United States v. Aaron Hicks, Case No. A93-002-4 CR.

3. Attached hereto as Exhibit B is a true and correct copy of the pages from the Presentence Investigation Report, Docket No. A93-002-04CR, prepared July 24, 1993, in the above-mentioned case of United States v. Aaron Hicks, and cited in Defendant's Reply to the Government's Partial Non-Opposition to Defendant's Motion to Reduce the Term of Imprisonment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of February, 2006, at Seattle, Washington.

>   s/ Lissa W. Shook
>   Lissa W. Shook
>   Davis Wright Tremaine LLP
>   1501 Fourth Avenue
>   2600 Century Square
>   Seattle, Washington 98101-1688
>   Telephone: (206) 622-3150
>   Facsimile:  (206) 628-7699
>   e-mail:  lissashook@dwt.com

DECLARATION OF LISSA W. SHOOK
(A93-002-4 CR) – 2

SEA 1752734v1 67214-1

**CERTIFICATE OF SERVICE**

I, Lissa W. Shook, hereby certify that on the 6th day of February, 2006, I filed the foregoing **DECLARATION OF LISSA W. SHOOK IN SUPPORT OF DEFENDANT'S REPLY TO THE GOVERNMENT'S PARTIAL NON-OPPOSITION TO DEFENDANT'S MOTION TO REDUCE THE TERM OF IMPRISONMENT** with the Clerk of the U.S. District Court for the District of Alaska at Anchorage, which will send notification of such filing to the following:

- **David A. Nesbett**
  david.nesbett@usdoj.gov, christina.sherman@usdoj.gov

- **Lissa W. Shook**
  lissashook@dwt.com, susanchristiansen@dwt.com

- **Robert K. Stewart**
  bobstewart@dwt.com

And, I certify that on February 6, 2006, a true and correct copy of the foregoing document was served via first class mail postage prepaid addressed to:

Tim Burgess
U.S. Attorney's Office
222 W. 7th Avenue, #9
Anchorage, AK 99513-7567

                                              s/ Lissa W. Shook
                                              Lissa W. Shook
                                              1501 Fourth Avenue
                                              2600 Century Square
                                              Seattle, Washington 98101-1688
                                              Telephone: (206) 622-3150
                                              Facsimile: (206) 628-7699
                                              E-mail: lissashook@dwt.com
                                              Washington State Bar No. 35179