IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>      vs.                            )<br>                                     )<br>AARON BEARD, et al.,                 )<br>                                     )<br>            Defendants.              )<br>_____)<br>                                     )<br>This Order Pertains to:              )<br>                                     )<br>AARON HICKS (D-04)                   )<br>_____) | No. A93-0002-CR (HRH) |

O R D E R

Extension of Time

    This court having considered the unopposed motion filed by defendant to extend the defendant's reply deadline in this case,

    IT IS HEREBY ORDERED that defendant's unopposed motion to extend reply due date[1] is granted. Defendant's reply to the Government's partial non-opposition to defendant's motion to reduce the term of imprisonment is due on or before February 21, 2006.

    DATED at Anchorage, Alaska, this __7th__ day of February, 2006.

                                               /s/ H. Russel Holland<br>
                                             United States District Judge

---

   [1]    Clerk's Docket No. 936.