1  LISSA W. SHOOK
   Davis Wright Tremaine LLP
2  1501 Fourth Avenue
3  2600 Century Square
   Seattle, Washington 98101-1688
4  Telephone: (206) 622-3150
5  Facsimile:  (206) 628-7699
   e-mail:  lissashook@dwt.com
6
7  ROBERT K. STEWART
   Davis Wright Tremaine LLP
8  Suite 800
   701 West Eighth Avenue
9  Anchorage, Alaska 99501-3468
10 Telephone: (907) 257-5300
   Facsimile:  (907) 257-5399
11 e-mail:  bobstewart@dwt.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| UNITED STATES OF AMERICA, | )  |                          |
|---------------------------|----|--------------------------|
|              Plaintiff,   | )  | Case No. A93-002-4 CR    |
|                           | )  |                          |
|       v.                  | )  | **Notice of Appeal**     |
|                           | )  |                          |
| AARON HICKS,              | )  |                          |
|              Defendant.   | )  |                          |

    Notice is hereby given that Aaron Hicks, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting in Part and Denying in Part Motion to Reduce entered in this action on the 28th day of February, 2006, and the Amended Judgment filed on March 6, 2006.

NOTICE OF APPEAL -- 1

SEA 1765051v1 67214-1

DATED this 14th day of March, 2006.

                    DAVIS WRIGHT TREMAINE LLP

By: /s/ Lissa W. Shook
    LISSA W. SHOOK
    Washington State Bar No. 35179

By: /s/ Robert K. Stewart
    ROBERT K. STEWART
    Alaska Bar No. 8506082

Attorneys for Defendant Aaron Hicks.

NOTICE OF APPEAL -- 2

SEA 1765051v1 67214-1

# CERTIFICATE OF SERVICE

I, Kris Hamann, hereby certify that on the 14th day of March, 2006, I electronically filed the foregoing **Notice of Appeal** with the Clerk of the U.S. District Court for the District of Alaska using the CM/ECF system, which will send notification of such filing to the following:

- **David A. Nesbett**   david.nesbett@usdoj.gov, christina.sherman@usdoj.gov; usaak.ecf@usdoj.gov

- **Lissa W. Shook**   lissashook@dwt.com, susanchristiansen@dwt.com

- **Robert K. Stewart Jr.**   bobstewart@dwt.com, kristinehamann@dwt.com

I hereby certify that I deposited true and correct copies of the foregoing **Notice of Appeal** postage prepaid**,** in the U.S. Mail to the following non CM/ECF participants:

Tim Burgess
U.S. Attorney
Federal Building
Room 253
222 W. 7th Avenue, #9
Anchorage, AK 99513-7567

　　　　　　　　　　　　　　　　　/s/ Kris Hamann
　　　　　　　　　　　　　　　　　　　Kris Hamann

NOTICE OF APPEAL -- 3

SEA 1765051v1 67214-1