LISSA W. SHOOK
Davis Wright Tremaine LLP
1501 Fourth Avenue
2600 Century Square
Seattle, Washington 98101-1688
Telephone: (206) 622-3150
Facsimile:  (206) 628-7699
e-mail:  lissashook@dwt.com

ROBERT K. STEWART
Davis Wright Tremaine LLP
Suite 800
701 West Eighth Avenue
Anchorage, Alaska 99501-3468
Telephone: (907) 257-5300
Facsimile:  (907) 257-5399
e-mail:  bobstewart@dwt.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>AARON HICKS,<br><br>              Defendant. | Case No. A93-002-4 CR<br><br>**Notice of Intent Not to Order Transcript** |

Pursuant to Fed. R. App. P. 10-3.2(b), notice is hereby given that Defendant Aaron Hicks does not intend to order a transcript in connection with his Appeal in this case.

NOTICE OF INTENT NOT TO ORDER TRANSCRIPT -- 1

SEA 1771106v1 67214-1

DATED this 23rd day of March, 2006.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Lissa W. Shook
  LISSA W. SHOOK
  Washington State Bar No. 35179

By: /s/ Robert K. Stewart
  ROBERT K. STEWART
  Alaska Bar No. 8506082

Attorneys for Defendant Aaron Hicks.

NOTICE OF INTENT NOT TO ORDER TRANSCRIPT -- 2

SEA 1771106v1 67214-1

**CERTIFICATE OF SERVICE**

I, Linda Nordstedt, hereby certify that on the 23rd day of March, 2006, I electronically filed the foregoing **Notice of Intent Not to Order Transcript** with the Clerk of the U.S. District Court for the District of Alaska using the CM/ECF system, which will send notification of such filing to the following:

- **David A. Nesbett**   david.nesbett@usdoj.gov, christina.sherman@usdoj.gov; usaak.ecf@usdoj.gov

- **Lissa W. Shook**   lissashook@dwt.com, susanchristiansen@dwt.com

- **Robert K. Stewart Jr.**   bobstewart@dwt.com, kristinehamann@dwt.com

I hereby certify that I deposited true and correct copies of the foregoing **Notice of Intent Not to Order Transcript**, postage prepaid**,** in the U.S. Mail to the following non-CM/ECF participants:

Tim Burgess
U.S. Attorney
Federal Building
Room 253
222 W. 7th Avenue, #9
Anchorage, AK 99513-7567

/s/ Linda Nordstedt
Linda Nordstedt

NOTICE OF INTENT NOT TO ORDER TRANSCRIPT -- 3
SEA 1771106v1 67214-1