UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED

APR 0 3 2006

06-30193

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v. HICKS
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: H. Russel Holland - 3:93-cr-00002-04-HRH
Date Complaint/Indictment/Petition Filed: 1/13/93
Date Appealed Order/Judgment *entered*: 2/28/06 and 3/6/06
Date NOA *filed*: 3/14/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: _
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 3/14/06          Date Docket Fee billed: _
Date FP granted: _                     Date FP denied: _
Is FP pending? __yes/no                Was FP Limited/Revoked?
US Government Appeal?  No yes/no
Companion Cases? Please list: _
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                                              Appellee Counsel:
Lisa Shook              Robert K. Stewart                       David A. Nesbett, AUSA
Davis Wright Tremaine   Davis Wright Tremaine                   U.S. Attorney's Office
1501 Fourth Avenue      701 West Eighth Avenue                  222 W. 7th Ave., #9
2600 Century Square     Suite 800                               Anchorage, AK 99513
Seattle, WA 98101-1688  Anchorage, AK 99501-3468                FAX: 907-271-1500
FAX: 206-628-7699       FAX: 907-257-5399
__retained  __CJA  __FPD  __FPD  __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _       9th Circuit Docket Number: _

Name and phone number of person completing this form:  Linda Christensen - 907-677-6104