# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

### TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _06-30193_____   U.S. District Court # _A93-002-4 CR_

Short Case Title _United States v. Hicks_____

Date Notice of Appeal Filed by Clerk of District Court _4/3/06_____

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

**(Attach Additional Page for Designations if Necessary)**

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).*

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(X) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered _____ Estimated Date for Completion _____

Signature of Attorney _Will Sludic_ Phone Number _(206)628-7765_

Address _1501 4th Ave, 2600 Century Square, Seattle WA 98101_

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
          **(Signature of Court Reporter)**

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

     Approximate Number of Pages _____ Due Date _____

**Section C - To Be Completed by Court Reporter**

     Date Transcript Filed _____ Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)