## CERTIFICATE OF SERVICE

I, Lissa W. Shook, hereby certify that on the 27th day of July, 2006, I filed the foregoing **TRANSCRIPT DESIGNATION FORM** with the Clerk of the U.S. District Court for the District of Alaska at Anchorage, which will send notification of such filing to the following:

- **David A. Nesbett**
  david.nesbett@usdoj.gov, christina.sherman@usdoj.gov
- **Lissa W. Shook**
  lissashook@dwt.com
- **Robert K. Stewart**
  bobstewart@dwt.com

And, I certify that on July 27, 2006, a true and correct copy of the foregoing document was mailed via first class mail postage prepaid addressed to:

The United States Court of Appeals for the Ninth Circuit
Office of the Clerk
U.S. Court of Appeals
Post Office Box 193939
San Francisco, CA 94119-3939

          s/ Lissa W. Shook
          Lissa W. Shook
          1501 Fourth Avenue
          2600 Century Square
          Seattle, Washington 98101-1688
          Telephone: (206) 622-3150
          Facsimile:  (206) 628-7699
          E-mail:  lissashook@dwt.com
          Washington State Bar No. 35179