IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                     Plaintiff, ) | |
| vs. ) | |
| AARON BEARD, et al., ) | |
|                     Defendants. ) | No. 3:93-cr-0002-HRH |
| This Order Pertains to: ) | |
| AARON HICKS (D-04) ) | |

O R D E R

        The court is in receipt of the judgment of the Ninth Circuit Court of Appeals,[1] by which the judgment of this court[2] has been vacated and the case remanded for further proceedings.

        The United States Marshal will please arrange for the transportation of defendant Hicks to the District of Alaska for resentencing.

        The federal public defender will please appoint counsel to assist defendant at resentencing.

        The court's probation service will please update defendant's presentence report.

---

[1]    Docket No. 958.

[2]    Docket No. 945.

A date for resentencing will be scheduled as soon as the court is informed of defendant's anticipated arrival in the district of Alaska.

DATED at Anchorage, Alaska, this <u>13th</u> day of March, 2007.

<u>/s/ H. Russel Holland</u>
United States District Judge