LISSA W. SHOOK
Davis Wright Tremaine LLP
1501 Fourth Avenue
2600 Century Square
Seattle, Washington 98101-1688
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
e-mail: lissashook@dwt.com

ROBERT K. STEWART
Davis Wright Tremaine LLP
Suite 800
701 West Eighth Avenue
Anchorage, Alaska 99501-3468
Telephone: (907) 257-5300
Facsimile: (907) 257-5399
e-mail: bobstewart@dwt.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>AARON HICKS,<br><br>        Defendant. | Case No. A93-002-4 CR<br><br>**NOTICE OF INTENT TO SEEK LEAVE TO WITHDRAW AS COUNSEL** |

Davis Wright Tremaine LLP, through Lissa Wolfendale Shook and Robert K. Stewart, hereby gives notice of intent to seek leave of the Court to withdraw as counsel for Defendant Aaron Hicks and to request that the Court appoint counsel for Defendant, who is indigent. Counsel has conferred with the Federal Public Defender regarding this

withdrawal and appointment, as well as with Defendant, and will file the necessary papers as soon as possible.

DATED this 19th day of March, 2007.

                                      DAVIS WRIGHT TREMAINE LLP

                                      By: /s/ Lissa W. Shook
                                          LISSA W. SHOOK
                                          Washington State Bar No. 35179
                                          ROBERT K. STEWART
                                          Alaska Bar No. 8506082
                                         Attorneys for Defendant Aaron Hicks

...

**CERTIFICATE OF SERVICE**

I, Lissa W. Shook, certify that on the 19th day of March, 2007, I caused the foregoing **NOTICE OF INTENT TO WITHDRAW AND SUBSTITUTION OF COUNSEL** to be filed with the Clerk of the U.S. Court for the District Court of Alaska using the CM/ECF system which will send electronic notification of such filing to the following parties:

*Counsel for the Government*:
David A. Nesbett
E-mail:  david.nesbett@usdoj.gov

U.S. Attorney General for Alaska
E-mail:  usaak.ecf@usdoj.gov

DATED this 19th day of March, 2007 at Seattle, Washington.

/s/ Lissa W. Shook
Lissa W. Shook
Davis Wright Tremaine, LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA  98101
(206) 622-3150 – telephone
(206) 628-7699 – facsimile
E-mail:  lissashook@dwt.com