IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
         vs.                        )
                                    )
AARON BEARD, et al.,                )
                                    )
                    Defendants.     )
_____)
                                    )   No. 3:93-cr-0002-HRH
This Order Pertains to:             )
                                    )
AARON HICKS (D-04)                  )
_____)
```

O R D E R

Substitution of Counsel

     By order of March 13, 2007,[1] the court called upon the federal public defender to appoint counsel to assist defendant at resentencing. Subsequently, the court learned that defendant Hicks had retained counsel for purposes of an appeal; so the foregoing request was withdrawn.[2] Immediately thereafter, defendant Hicks' current counsel filed a notice of intent to seek leave to withdraw

---

    [1]    Docket No. 959.

    [2]    Docket No. 960.

as counsel.[3]  Defense counsel advises that the necessary papers will be filed "as soon as possible."[4]

Since it is apparent to the court that there will be a need to substitute counsel and inasmuch as the court does not have any reason to question defendant Hicks' qualification for court-appointed counsel, the federal public defender will please, as soon as possible, designate substitute counsel for defendant Hicks for purposes of resentencing.

DATED at Anchorage, Alaska, this 3rd day of April, 2007.


/s/ H. Russel Holland
United States District Judge

---

[3]   Notice of Intent to Seek Leave to Withdraw (filed Mar. 19, 2007), Docket No. 961.

[4]   Id. at 2.