LISSA W. SHOOK
Davis Wright Tremaine LLP
1501 Fourth Avenue
2600 Century Square
Seattle, Washington 98101-1688
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
e-mail: lissashook@dwt.com

ROBERT K. STEWART
Davis Wright Tremaine LLP
Suite 800
701 West Eighth Avenue
Anchorage, Alaska 99501-3468
Telephone: (907) 257-5300
Facsimile: (907) 257-5399
e-mail: bobstewart@dwt.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>AARON HICKS,<br><br>               Defendant. | Case No. A93-002-4 CR<br><br>**MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF APPOINTED COUNSEL** |

      Davis Wright Tremaine LLP ("DWT") moves for leave to withdraw as counsel for Defendant Aaron Hicks in light of the Court's request to the Federal Public Defender to appoint substitute counsel for Mr. Hicks. *See, e.g.*, LR 11.1(c)(ii).

MOTION FOR LEAVE TO WITHDRAW -- 1
SEA 1964724v1 0050062-081237

Further, and in the alternative, good cause exists to grant leave to withdraw under LR 11.1(c)(1)[A](iii) and LCrR 44.1(b)(2) because DWT has fulfilled the scope of its agreed-upon pro bono representation of Mr. Hicks. This motion is supported by the Declaration of Lissa W. Shook ("Shook Declaration"), which is being filed concurrently.

By Order dated April 3, 2007, this Court requested that the Federal Public Defender designate counsel to represent Mr. Hicks in his resentencing. *See* Docket No. 962. DWT had previously discussed representation of Mr. Hicks with Mr. Curtner of the Federal Public Defender of the District of Alaska, who indicated the willingness of his office to represent Mr. Hicks for purposes of his resentencing upon being appointed as counsel of record. *See* Shook Declaration ¶ 5. DWT has already provided the Federal Public Defender with a financial affidavit signed by Mr. Hicks establishing his indigency. *See id.* & Exhibit C to the Shook Declaration. In light of the Court's request that the Federal Public Defender designate substitute counsel for Mr. Hicks, and because notice has been given to all parties, including Defendant, the Court may grant DWT leave to withdraw pursuant to LR 11.1(c)(1)[A](ii).

In addition, good cause exists to grant leave to withdraw because DWT has discharged the scope of its undertaking with Mr. Hicks. *See* LR 11.1(c)(1)[A](iii); LCrR 44.1(b)(2). The scope of DWT's pro bono basis representation of Mr. Hicks was set forth in the engagement letter that he signed on April 3, 2006. A copy of that letter is attached as Exhibit A to the Shook Declaration. As stated in the engagement letter,

DWT agreed to represent Mr. Hicks through the completion of his Ninth Circuit appeal, and then to withdraw and no longer represent him. *See id.* at 1. On January 11, 2007, the Ninth Circuit issued its opinion in Mr. Hicks' appeal granting the relief requested, and the matter is now concluded before that Court. A copy of the Ninth Circuit's decision is attached as Exhibit B to the Shook Declaration. Consequently, DWT has satisfied the scope of its agreed-upon representation and now seeks leave to end that representation pursuant to the terms of its agreement with Mr. Hicks.

In light of the foregoing, DWT respectfully requests that the Court grant DWT's motion for leave to withdraw, and substitute the designated Federal Public Defender as counsel to represent Mr. Hicks.

DATED this 4th day of April, 2007.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Lissa W. Shook
    LISSA W. SHOOK
    Washington State Bar No. 35179
    ROBERT K. STEWART
    Alaska Bar No. 8506082

*Attorneys for Defendant Aaron Hicks*

# CERTIFICATE OF SERVICE

I, Lissa W. Shook, certify that on the 4th day of April, 2007, I caused the foregoing **MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF APPOINTED COUNSEL** to be filed with the Clerk of the U.S. Court for the District Court of Alaska using the CM/ECF system which will send electronic notification of such filing to the following parties:

*Counsel for the Government*:
David A. Nesbett
E-mail: david.nesbett@usdoj.gov

U.S. Attorney General for Alaska
E-mail: usaak.ecf@usdoj.gov

Notification also was served by U.S. Mail upon the following:

Mr. Aaron Hicks
#12377-006
FCC U.S.P.
P.O. Box 1033
Coleman, FL 33521

Mr. F. Richard Curtner, III
Federal Public Defender
550 West 7th Avenue, Room 1600
Anchorage, Alaska 99501

DATED this 4th day of April, 2007 at Seattle, Washington.

/s/ Lissa W. Shook
Lissa W. Shook
Davis Wright Tremaine, LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101
(206) 622-3150 – telephone
(206) 628-7699 – facsimile
E-mail: lissashook@dwt.com

MOTION FOR LEAVE TO WITHDRAW -- 4
SEA 1964724v1 0050062-081237