1  LISSA W. SHOOK
2  Davis Wright Tremaine LLP
   1501 Fourth Avenue
3  2600 Century Square
   Seattle, Washington 98101-1688
4  Telephone: (206) 622-3150
5  Facsimile:  (206) 628-7699
   e-mail:  lissashook@dwt.com
6
7  ROBERT K. STEWART
   Davis Wright Tremaine LLP
8  Suite 800
   701 West Eighth Avenue
9  Anchorage, Alaska 99501-3468
10 Telephone: (907) 257-5300
   Facsimile:  (907) 257-5399
11 e-mail:  bobstewart@dwt.com

12
13              IN THE UNITED STATES DISTRICT COURT
14            FOR THE DISTRICT OF ALASKA AT ANCHORAGE

15 UNITED STATES OF AMERICA,         )
16                                   )
                    Plaintiff,       )  Case No. A93-002-4 CR
17                                   )
       v.                            )  **DECLARATION OF LISSA W.
18                                   )  SHOOK IN SUPPORT OF
   AARON HICKS,                      )  MOTION TO WITHDRAW AND
19                                   )  SUBSTITUTION OF
                    Defendant.       )  APPOINTED COUNSEL**
20                                   )
21                                   )
22 _____

23      I, Lissa W. Shook, declare:

24      1.    I am an attorney at Davis Wright Tremaine LLP ("DWT") in the Seattle
25
26 office and represent the Defendant Aaron Hicks in the above-captioned case. I am

   competent to make this declaration and do so on the basis of personal knowledge.

DECLARATION OF LISSA W. SHOOK -- 1
SEA 1965814v1 0050062-081237

2. Since March 2006, I have been representing Defendant Aaron Hicks on a pro bono basis. The express terms of our agreement were that I would represent him pro bono for purposes of his Ninth Circuit appeal only, and that I would then withdraw as his counsel. A copy of the engagement letter dated March 28, 2006, and signed by Mr. Hicks on April 3, 2006, is attached hereto as Exhibit A.

3. On January 11, 2007, the Ninth Circuit granted Mr. Hicks the relief he requested, and the matter is now concluded before that Court. A copy of the Ninth Circuit's decision is attached hereto as Exhibit B.

4. Mr. Hicks has signed a financial affidavit establishing his indigency, dated February 22, 2007, a copy of which is attached hereto as Exhibit C.

5. I have spoken with Mr. F. Richard Curtner, III, head of the Federal Public Defender for the District of Alaska, regarding Mr. Hicks' resentencing and sent Mr. Curtner a copy of Mr. Hicks' signed financial affidavit. Mr. Curtner indicated to me that the Federal Public Defender would represent Mr. Hicks upon the Court appointing it to do so. The Court requested that the Federal Public Defender designate substitute counsel by Order dated April 3, 2007.

I hereby declare under penalty of perjury that the foregoing is true and correct. I understand that this Declaration is made subject to the provisions of 28 U.S.C. §1746, relating to unsworn declarations.

1     EXECUTED this 4th day of April, 2007.

                                                                         */s/ Lissa W. Shook*
                                                                         Lissa W. Shook

DECLARATION OF LISSA W. SHOOK -- 3
SEA 1965814v1 0050062-081237