LISSA W. SHOOK
Davis Wright Tremaine LLP
1501 Fourth Avenue
2600 Century Square
Seattle, Washington 98101-1688
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
e-mail: lissashook@dwt.com

ROBERT K. STEWART
Davis Wright Tremaine LLP
Suite 800
701 West Eighth Avenue
Anchorage, Alaska 99501-3468
Telephone: (907) 257-5300
Facsimile: (907) 257-5399
e-mail: bobstewart@dwt.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AARON HICKS, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No. A93-002-4 CR<br><br>**NOTICE OF FILING** |

Attached herewith please find a proposed Order Granting Davis Wright Tremaine's Motion for Leave to Withdraw and Substitution of Counsel.

NOTICE OF FILING -- 1

SEA 1989971v1 0050062-081237

1  DATED this 4th day of April, 2007.

2

3                               DAVIS WRIGHT TREMAINE LLP

4

                              By: /s/ Lissa W. Shook

5                                   LISSA W. SHOOK
                                 Washington State Bar No. 35179

6                                 ROBERT K. STEWART

7                                 Alaska Bar No. 8506082
                               Attorneys for Defendant Aaron Hicks

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I, Lissa W. Shook, certify that on the 4th day of April, 2007, I caused the foregoing **NOTICE OF FILING** and attached **PROPOSED ORDER GRANTING DAVIS WRIGHT TREMAINE LLP'S MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL** to be filed with the Clerk of the U.S. Court for the District Court of Alaska using the CM/ECF system which will send electronic notification of such filing to the following parties:

> *Counsel for the Government*:
> David A. Nesbett
> E-mail:  david.nesbett@usdoj.gov

> U.S. Attorney General for Alaska
> E-mail:  usaak.ecf@usdoj.gov

Notification also was served by U.S. Mail upon the following:

Mr. Aaron Hicks
#12377-006
FCC U.S.P.
P.O. Box 1033
Coleman, FL  33521

Mr. F. Richard Curtner, III
Federal Public Defender
550 West 7th Avenue, Room 1600
Anchorage, Alaska 99501

An electronic copy of the Proposed Order in Microsoft Word has been sent to the Court via email to:  Holland_Chambers@akd.uscourts.gov

NOTICE OF FILING -- 3
SEA 1989971v1 0050062-081237

1  DATED this 4th day of April, 2007 at Seattle, Washington.

/s/ Lissa W. Shook<br>
Lissa W. Shook<br>
Davis Wright Tremaine, LLP<br>
1501 Fourth Avenue, Suite 2600<br>
Seattle, WA  98101<br>
(206) 622-3150 – telephone<br>
(206) 628-7699 – facsimile<br>
E-mail:  lissashook@dwt.com

NOTICE OF FILING -- 4

SEA 1989971v1 0050062-081237