LISSA W. SHOOK
Davis Wright Tremaine LLP
1501 Fourth Avenue
2600 Century Square
Seattle, Washington 98101-1688
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
e-mail: lissashook@dwt.com

ROBERT K. STEWART
Davis Wright Tremaine LLP
Suite 800
701 West Eighth Avenue
Anchorage, Alaska 99501-3468
Telephone: (907) 257-5300
Facsimile: (907) 257-5399
e-mail: bobstewart@dwt.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. A93-002-4 CR |
| v. | ) | **ORDER GRANTING DAVIS WRIGHT TREMAINE'S MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL** |
| AARON HICKS, | ) | |
| Defendant. | ) | |

ORDER GRANTING DAVIS WRIGHT TREMAINE'S MOTION TO WITHDRAW AS COUNSEL

The Court, having considered Davis Wright Tremaine's Motion for Leave to Withdraw and Substitution of Counsel and documents filed in support thereof, finds that

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW -- 1
SEA 1989972v1 0050062-081237

good cause exists for Davis Wright Tremaine LLP to withdraw as counsel for Defendant Aaron Hicks;

IT IS HEREBY ORDERED that Davis Wright Tremaine's Motion For Leave To Withdraw as counsel for Defendant in the above-referenced matter is GRANTED; and that, pursuant to the Order of this Court dated April 3, 2007, counsel designated by the Federal Public Defender shall be substituted as counsel of record for Defendant Aaron Hicks.

DATED this ___ day of April, 2007.

_____
The Honorable H. Russel Holland
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW -- 2
SEA 1989972v1 0050062-081237

## CERTIFICATE OF SERVICE

I, Lissa W. Shook, certify that on the 4th day of April, 2007, I caused the foregoing **PROPOSED ORDER GRANTING DAVIS WRIGHT TREMAINE'S MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL** to be filed with the Clerk of the U.S. Court for the District Court of Alaska using the CM/ECF system which will send electronic notification of such filing to the following parties:

| *Counsel for the Government*: |
| David A. Nesbett |
| E-mail:  david.nesbett@usdoj.gov |

| U.S. Attorney General for Alaska |
| E-mail:  usaak.ecf@usdoj.gov |

Notification also was served by U.S. Mail upon the following:

Mr. Aaron Hicks
#12377-006
FCC U.S.P.
P.O. Box 1033
Coleman, FL  33521

Mr. F. Richard Curtner, III
Federal Public Defender
550 West 7th Avenue, Room 1600
Anchorage, Alaska 99501

An electronic copy of the Proposed Order in Microsoft Word has been sent to the Court via email to: Holland_Chambers@akd.uscourts.gov

DATED this 4th day of April, 2007 at Seattle, Washington.

        /s/ Lissa W. Shook
Lissa W. Shook
Davis Wright Tremaine, LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA  98101
(206) 622-3150 – telephone
(206) 628-7699 – facsimile
E-mail:  lissashook@dwt.com