Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>AARON HICKS,<br><br>  Defendant. | NO. 3:93-cr-0002-04-HRH<br><br>**ENTRY OF APPEARANCE** |

Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant AARON HICKS in the above-captioned action.

DATED at Anchorage, Alaska this 6th day of April 2007.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on April 6, 2007,
a copy of the **Entry of Appearance**
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Lissa W. Shook
Davis Wright Tremaine LLP (Seattle)
2600 Century Square, 1501 Fourth Avenue
Seattle, WA 98101
Email: lissashook@dwt.com

Robert K. Stewart Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK 99501
Email: bobstewart@dwt.com

/s/Rich Curtner