IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AARON BEARD, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | No. 3:93-cr-0002-HRH |
| ) | |
| This Order Pertains to: ) | |
| ) | |
| AARON HICKS (D-04) ) | |
| _____) | |

O R D E R

Motion to Withdraw;
Substitution of Counsel

The court, having considered Davis Wright Tremaine's motion for leave to withdraw and substitution of counsel[1] and documents filed in support thereof, finds that good cause exists for Davis Wright Tremaine LLP to withdraw as counsel for defendant Aaron Hicks;

IT IS HEREBY ORDERED that Davis Wright Tremaine's motion for leave to withdraw as counsel for defendant Aaron Hicks in the above-referenced matter is granted; and that, pursuant to the order

---

[1] Docket No. 965.

- 1 -

of this court dated April 3, 2007, counsel designated by the Federal Public Defender shall be substituted as counsel of record for defendant Aaron Hicks.

    DATED at Anchorage, Alaska, this <u>6th</u> day of April, 2007.

<u>/s/ H. Russel Holland</u>
United States District Judge