NELSON P. COHEN
United States Attorney

JOHN J. NOVAK
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: john.novak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:93-cr-00002-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF COUNSEL** |
| vs. | ) | |
| | ) | |
| AARON HICKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through John J. Novak, Special Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America. The government requests that

the Court no longer serve pleadings in the above-captioned case on AUSA David Nesbett now that the undersigned is appearing as counsel in this case.

All further pleadings and correspondence, etc. shall be sent to the following address:

    JOHN J. NOVAK
    Special Assistant U.S. Attorney
    222 West 7th Avenue, Room 253, #9
    Anchorage, AK  99513-7567
    (907) 271-5071
    Fax: (907) 271-1500
    E-mail: john.novak@usdoj.gov

RESPECTFULLY SUBMITTED on April 9, 2007, in Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    s/John J. Novak
    JOHN J. NOVAK
    Special Assistant U.S. Attorney
    222 West 7th Ave. #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-1500
    E-mail: john.novak@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on April 9, 2007
a copy of the foregoing was served
on Richard Curtner by electronic notice.

  s/John J. Novak

**U.S. v. HICKS**
**3:93-cr-00002-HRH**