Judge Holland,

Your Honor, As The Record will Reflect, in 1993, At the Age of Twenty-one, I was imprisoned And Sentenced to More than one And A Half times the Length of My then Life. (35 years) A term of imprisonment that Effectively Amounts to A Life Sentence.

Your Honor, As A thirty-Six year old Man, I Accept Full Responsibility For My Actions As A Younger Man.

Your Honor, it is Not My intent to Discount the Severity of the Crimes For which I was Convicted of, Yet I Can Assure You that Large inroads Have Been Made, And that the Governments Goal of Deterrence Has Definitely Been Met By the 171 Months (14 years) of My Sentence Already Served, And My Criminal History or More Precisely, My Lack thereof Surely illustrates that I'm Deserving of A Second Chance, Fourteen, Fifteen, Sixteen, or Even At Max Seventeen years After My First offense.

Your Honor, I Can Also Assure You that At the Age of thirty-Six, My opportunities And Abilities to Become A Productive Member of Society, As well As to Support My two Daughters Are Great. However, My opportunities And Abilities Are Certain to Decline with My Continued incarceration.

Your Honor, The Record will Reflect that Prior to Being incarcerated I Fathered two Daughters, Aryanna Hicks And Marlesha Weaver. I Maintain A open Line of Communication with them Both Via Letters And Phone Calls, But I Haven't Physically Seen Either Child, Whom Are Both Fifteen years old, in Fourteen years.

On top of that, Your Honor, I've Lost Some Key Figures out My Life, while incarcerated For these Fourteen years. In Feb. of 2000 My Mother, Rosie Hicks Lost A Six year Battle with Cancer.

And in May of 2001, my Grandmother, Fannie Hicks, who raised me as her own, passed away.

Your Honor, I've encountered and endured a many of pains over the last fourteen years of my incarceration.

As the record will reflect, I served my sentence thus far in the confines of the following United States Penitentiaries....

(1993-1995) United States Penitentiary Lompoc, in Lompoc, California,

(1995-1997) United States Penitentiary Leavenworth, in Leavenworth, Kansas,

(1997-1999) United States Penitentiary Beaumont, in Beaumont, Texas,

(1999-2002) United States Penitentiary Florence, in Florence, Colorado,

(2002-2007) United States Penitentiary Coleman, in Coleman, Florida.

Five of the Nations most notorious, ill-reputed, and violent Penitentiaries. In the confines of these Penitentiaries, sadly to say, but due to the length of the sentence I was serving, I had no hopes of ever re-entering society as a living being.

As a young man with that particular mind state, I admit that I adapted and conformed to survive in a environment that was all new to me.

There wasn't much offered in regards to educational, or rehabilitation programs, therefore, my younger years wasted, living as I had conformed to live in order to survive in the confines of some of the Nations worst. However, as I grew older, I matured and totally changed my way of thinking and living. I began the process of self rehabilitation, as well as the process of educating myself. I've participated in several of the limited, yet available, elective programs that the facilities I was housed in had to offer, and in doing so, I've managed to steer clear of any and all activities which will result in an incident report being written, for the last twenty-eight months.

As A Result of that, the Record will Reflect that My Maximum Custody Classification Level Has Been Decreased to Medium Security Status, And in Feb. of 2007 My Current Case Manager Recommended And was Approved to transfer Me to A Medium Custody Security institution that offers A Large Variety of Educational And Rehibilitational Programs..... While I was Awaiting Redesignation From the Region, A order was Handed Down to the Marshalls' By you, Your Honor, to Have Me transported Back to the District of Alaska.

Your Honor, it is in My Hopes And Prayers That, You Your Honor, Having the Authority to Exercise your Right of Discretion will Re-Sentence Me Below the Guidelines in Light of United States V. Bookers' Advisory Scheme to A term of imprisonment Not Exceeding two Hundred And ten Months total.

Thank you For your time And Consideration.

Sincerely

Aaron Hicks