UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AARON HICKS,<br><br>　　　　Defendant. | NO. 3:93-cr-0002-04-HRH<br><br>**PROPOSED ORDER<br>CONTINUING SENTENCING** |

　　　　After due consideration of Aaron Hicks' Motion to Continue Resentencing and Request for an Updated Presentence Report, the court GRANTS the motion.

　　　　IT IS HEREBY ORDERED that the United States Probation Service shall prepare an updated presentence report for Mr. Hicks.

　　　　IT IS ALSO ORDERED that resentencing in this matter shall be continued from April 26, 2007, to _____, 2007, at the hour of ____ ___.m.


　　　　DATED this _____ day of April 2007, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　H. RUSSEL HOLLAND
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE