```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.      AARON HICKS       CASE NO. 3:93-CR-00002-04-HRH
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:           H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:        JOHN NOVAK

DEFENDANT'S ATTORNEY:           RICH CURTNER

U.S.P.O.:                       BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE/MOTION TO CONTINUE
             IMPOSITION OF SENTENCE (DKT 975) Held 04/26/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

Court and counsel heard re defendant's to Continue Re-sentencing and Request for an Updated Pre-sentence Report, on Shortened time (DKT 975); **GRANTED**.

Court and counsel heard re setting a Continue Imposition of Sentence or Evidentiary Hearing.  Court directed hearing to be set after all motion practice is completed.

Court Ordered Mr. Curtner to file motion and brief re legal issues on the defendant's re-sentencing by **May 3, 2007.**  Court ordered that if Mr. Curtner needs additional time to file motion he can have that time.  Government to file Response within 5 days of receiving motion and Defendant to file reply as court rules apply.

Court ordered that all motions come directly to Judge Holland.

Defendant's detention continued.

At 9:22 a.m. court adjourned.


DATE:       April 26, 2007         DEPUTY CLERK'S INITIALS:    ce