### MINUTES OF THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA          v. AARON BEARD, et al.

THE HONORABLE H. RUSSEL HOLLAND    CASE NO.  3:93-cr-0002-HRH

This Minute Order Pertains to:    AARON HICKS (D-04)


Deputy Clerk                      Official Recorder
_____           _____

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

══════════════════════════════════════════════════════════

The court is in receipt of the Government's resentencing brief. That brief makes arguments based upon trial and sentencing proceedings that occurred long ago and involved a different district judge. The Government's brief is not supported by appropriate portions of the trial and sentencing transcript, nor references to the same. The Government will please provide the court with copies of the trial and sentencing transcripts and page references that support the Government's contentions that (1) defendant failed to question or agreed to drug quantities at his original sentencing or his first resentencing, and (2) the drug quantities upon which defendant's base offense level was calculated were established at trial by clear and convincing evidence.

The court is in the process of rescheduling resentencing, so the court will appreciate counsel's immediate attention to the foregoing.

════════════════════