IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AARON BEARD, et al., )<br>)<br>Defendants. )<br>_____)<br>)<br>This Order Pertains to: )<br>)<br>AARON HICKS (D-04) )<br>_____) | No. 3:93-cr-0002-HRH |

NOTICE TO COUNSEL

In connection with resentencing of defendant Hicks, the court has had reference to and would have counsel familiarize themselves with pertinent portions of the United States Sentencing Commission's recently filed report to Congress, which, relevant to these proceedings, again proposes that the 100-to-1 disparity in the guidelines for crack and powder cocaine be revisited. This report can be located at:

http://www.ussc.gov/r_congress/cocaine2007.pdf

DATED at Anchorage, Alaska, this 17th day of May, 2007.

/s/ H. Russel Holland
United States District Judge

- 1 -