Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:93-cr-0002-04-HRH |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF FILING LETTERS** |
| AARON HICKS, | *(Filed on Shortened Time)* |
| Defendant. | |

COMES NOW THE DEFENDANT, AARON HICKS, by and through counsel Rich Curtner, Federal Defender, and gives notice of filing the attached letters from Kai Robinson and Rosalyn Wyche (Exhibit A).  These letters are being filed in aid of resentencing set for May 24, 2007, at 9:00 a.m.

DATED at Anchorage, Alaska this 23rd day of May 2007.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on May 23, 2007,
a copy of the **Notice of Filing
Letters(Filed on Shortened Time)**
was served electronically on:

John J. Novak
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

/s/Rich Curtner