May 4, 2007

Mrs. Kai Robinson
841 N. Bliss
Anchorage, Alaska 99508

Re: Aaron J. Hicks

Dear Judge Holland:

Hello, my name is Kai Robinson and I'm writing in regards to Mr. Hicks. I've been a friend of Mr. Hicks' for close to 20 year, which is time that includes both before and during his present incarceration. Mr. Hicks and I remained a close friendship by corresponding back and forth at least three times a year, and every correspondence that I received from him was positive affirmation. Mr. Hicks has a sense of humor and wonderful personality that would brighten anyone's day, and the respect he's shown for me and my mother goes beyond words.

I know at this time you are deciding on whether or not to let Mr. Hick's out due to his action while in prison. Your Honor, I must ask you to think about the environment Mr. Hicks' was subjected too. He was a 22 year old man with NO criminal record, and was sentenced to a substantial amount of time in prison, in which he was sent to some of the worst Federal Facilities in the Bureau of Prison's systems. This young man was put in predicaments that a man his age would not even be able to phantom. In prison he was surrounded by career criminals, such as rapist, and murders, that's just to name a few. And at the time a man of his small stature and maturity level at the young age of 22 had to find a way to survive in the harsh prison settings that he was subjected too.

I know on a personal level that prison life is not for Mr. Hicks and he wants so badly to become a positive role model for not only his children but all children who have not got a grasp on life and what it has to offer.

Mr. Hicks has expressed his desire to mentor young men, especially the ones whose lives are going down the wrong path. He wants to tell his life story as a testimony to encouraging them to make a positive change. Mr. Hicks want's to be an asset to society and its youth, letting them know that they are not alone and still have a chance in life. He wants them to understand that it is all of our responsibility to be productive in life, by staying in school and setting goals to obtain a legal career.

From years of corresponding with Mr. Hicks I know personally that he has no desire to ever go back to jail once he is released.

Your Honor; if you are wondering why this man should be given a second chance I would respectfully say to you that our justice system was designed specifically for that. "To teach and rehabilitate"!

During Mr. Hick's young adult life he unfortunately did not have the positive mentor that he desires to be for other young adults.

So, I'm asking you to please give this man another chance at life.

Sincerely,

Kai Robinson

Exhibit A - Page 2 of 3

May 21, 2007

Dear Judge Holland,

I am Rosalyn Wyche and I'm writing this letter in regards to Aaron Hicks. I have known Mr. Hicks for over 21 years; I am his friend and spiritual advisor. The Aaron that I know is a respectful and mannerly man. Throughout the years I've known him I've never had anything negative to say about him.

Aaron is a very positive man and I feel he would be a good advocate for mentoring troubled men and women. After going through such a tremendous ordeal I feel Aaron can help men and women realize that gang banging and selling drugs doesn't lead you anywhere but towards a dead end.

Since his incarceration his spirituality and maturity has grown. Considering this being his first offense, I feel the penalty is to excessive. With all of the years that he has served I feel Aaron has been rehabilitated enough to have another chance at life with his children and family.

If you would take his time served into consideration and release Mr. Hicks I know he would be a great asset to society.

Sincerely,

Rosalyn Wyche