```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  AARON HICKS            CASE NO. 3:93-cr-00002-04-HRH
Defendant: X Present   X In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE:   H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:    LINDA CHRISTENSEN

UNITED STATES' ATTORNEY:    JOHN NOVAK

DEFENDANT'S ATTORNEY:     RICHARD CURTNER

U.S.P.O.:           BARBARA BURTON

PROCEEDINGS:   RE-SENTENCING HEARING Held 5/24/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

Court and counsel heard.

Defendant heard.

At 10:04 a.m. court recessed until 10:21 a.m.

Court imposed sentence; defendant sentenced to term of imprisonment of 292 months as to Count 1, 60 months as to Count 2, 292 months as to Count 4, 240 months as to Count 5, 292 months as to Count 13, 240 months as to Count 14, 240 months as to Count 16, 48 months as to Count 23, and 240 months as to Count 28 with all such terms to be served concurrently.  Defendant sentenced to term of imprisonment of 60 months as to Count 8 to be served consecutively with terms of imprisonment imposed as to Counts 1, 2, 4, 5, 13, 14, 16, 23, and 28.  Defendant to receive credit for time served in custody.  Defendant to serve 5 year term of Supervised Release under same conditions as previously set with added condition of DNA testing.  No fine imposed and defendant to pay $500.00 Special Assessment, as previously ordered; payment coupon given to defense counsel.

Defendant advised of appeal rights and deadline for filing an appeal; defense counsel given Notice of Appeal form.

Defendant remanded to U.S. Marshal custody.

At 10:41 a.m. court adjourned.

DATE:   MAY 24, 2007           DEPUTY CLERK'S INITIALS:   lc