**\*SECOND AMENDED\***
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. AARON HICKS    CASE NO. 3:93-cr-00002-04-HRH
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:          LINDA CHRISTENSEN

UNITED STATES' ATTORNEY:        JOHN NOVAK

DEFENDANT'S ATTORNEY:           F. RICHARD CURTNER

U.S.P.O.:                       BARBARA BURTON

PROCEEDINGS: RE-SENTENCING HEARING HELD MAY 24, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

 X Notice of Appeal form given to defense counsel.

At 10:04 a.m. court recessed until 10:21 a.m.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of 352 months. This term consists of
   292 months on counts 1, 4, and 13, 60 months on count 2, 240
   months on counts 5, 14, 16, and 28, and 48 months on count 23,
   counts 1, 2, 4, 5, 13, 14, 16, 23, and 28 to run concurrent
   and 60 months on count 8 to run consecutive to all other
   counts with credit for time served.

 X Defendant placed on supervised release for a period of  5
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the courts
   original and amended judgment with the added condition of DNA
   testing.

 X Special Assessment $ 500.00 , due immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X OTHER: Appeal rights given. Payment coupon given to defense
   attorney.

At 10:41 a.m. court adjourned.

DATE:       May 24, 2007         DEPUTY CLERK'S INITIALS: lc/amk