Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AARON HICKS,<br><br>　　　　Defendant. | NO. 3:93-cr-0002-04-HRH<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that AARON HICKS appeals to the United States Court of Appeals for the Ninth Circuit from his Sentence only (18 U.S.C. § 3742).

　　　　Sentence was imposed May 24, 2007, for 352 months.  Judgment was entered on this action on June 4, 2007 (Docket No. 992).

　　　　DATED at Anchorage, Alaska this 7th day of June 2007.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/Rich Curtner
　　　　　　　　　　　　　　　Federal Defender
　　　　　　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　　　　　Phone:　　　907-646-3400
　　　　　　　　　　　　　　　Fax:　　　　907-646-3480
　　　　　　　　　　　　　　　E-Mail:　　　rich_curtner@fd.org

Certification:
I certify that on June 7, 2007,
a copy of the **Notice of Appeal**
was served electronically on:

John J. Novak
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

/s/Rich Curtner