UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

| U.S. Court of Appeals # | | U.S. District Court # | 3:93-cr-00002-04-HRH |
|---|---|---|---|

Short Case Title: **United States v. Aaron Hicks**

Date Notice of Appeal Filed by Clerk of District Court: **June 7, 2007**

*RECEIVED JUN 13 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.*

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings | |
|---|---|---|---|
| | | VOIR DIRE | |
| | | OPENING STATEMENTS | |
| | | SETTLEMENT INSTRUCTIONS | |
| | | CLOSING ARGUMENTS | |
| | | JURY INSTRUCTIONS | |
| 04/26/2007 | PRR | OTHER: | Hearing on Mtn to Continue Re-Sentencing |
| 05/24/2007 | LSC | OTHER: | Re-Sentencing |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(XX)  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

| Date Transcript Ordered | 06/07 & 06/13/2007 | Estimated Date for Completion | Six Weeks |
|---|---|---|---|
| Signature of Attorney | *[signature]* | Phone Number | 646-3400 |
| Address | Federal Defender | | |
| | 550 West 7th Avenue, Suite 1600 | | |
| | Anchorage, AK  99501 | | |

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements fo payment have not been made pursuant to FRAP 10 (b).
      Approximate Number of Pages _____ Due

Date _____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____ Court Reporter's Signature _____