UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

*RECEIVED*
*JUN 18 2007*
*CLERK, U.S.*
*ANCHORAGE, ALASKA*

**CASE INFORMATION:**

Short Case Title: USA v HICKS    **NOTE: Related Appeal 06-30193**
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: H. Russel Holland - 3:93-cr-00002-04-HRH
Date Complaint/Indictment/Petition Filed:
Date Appealed Order/Judgment *entered*: 6/4/07
Date NOA *filed*: 6/7/07
COA Status (check one):
 __granted in full (attach order)   __denied in full (send record)
 __granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number: Linda Christensen - 907-677-6104

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: N/A           Date Docket Fee billed: N/A
Date FP granted: 4/3/07             Date FP denied: __
Is FP pending? No yes/no            Was FP Limited/Revoked?
US Government Appeal?   No yes/no
Companion Cases? Please list: __
   Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                  Appellee Counsel:
Richard Curtner                     John Novak, AUSA
Federal Public Defender Agency      U.S. Attorney's Office
601 W. 5th Ave., Suite 800          222 W. 7th Ave., #9
Anchorage, AK  99501                Anchorage, AK  99513
FAX: 907-646-3060                   FAX: 907-271-1500

__retained   __CJA   X FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address: __
Custody: Yes
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __     9th Circuit Docket Number: __ 07-30207

Name and phone number of person completing this form: Linda Christensen - 907-677-6104