NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:93-cr-00002-HRH |
| ) | |
| Plaintiff, ) | |
| ) | **SUBSTITUTION OF COUNSEL** |
| vs. ) | |
| ) | |
| AARON HICKS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

  COMES NOW the United States Attorney's Office, by and through

Frank V. Russo, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.  The government requests that

the Court no longer serve pleadings in the above-captioned case on AUSA John J. Novak now that the undersigned is appearing as counsel in this case.

All further pleadings and correspondence, etc. shall be sent to the following address:

>   FRANK V. RUSSO
>   Assistant U.S. Attorney
>   222 West 7th Avenue, Room 253, #9
>   Anchorage, AK  99513-7567
>   (907) 271-5071
>   Fax: (907) 271-1500
>   E-mail: frank.russo@usdoj.gov

RESPECTFULLY SUBMITTED on October 5th, 2007, in Anchorage, Alaska.

>   NELSON P. COHEN
>   United States Attorney
>
>   s/Frank V. Russo
>   FRANK V. RUSSO
>   Assistant U.S. Attorney
>   222 West 7th Ave., #9, Rm. 253
>   Anchorage, AK 99513-7567
>   Phone: (907) 271-5071
>   Fax: (907) 271-1500
>   E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on October 5, 2007
a copy of the foregoing was served
on Richard Curtner by electronic notice.

   s/Frank V. Russo

**U.S. v. HICKS**
**3:93-cr-00002-HRH**