NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:93-cr-00002-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| AARON HICKS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on

John Novak, Assistant U.S. Attorney.  Assistant U.S. Attorney Frank Russo, is the lead attorney in this matter.

RESPECTFULLY submitted this 5th day of October, 2007, at Anchorage, Alaska.

                NELSON P. COHEN
                United States Attorney

                s/ Frank V. Russo
                FRANK V. RUSSO
                Assistant U.S. Attorney
                Federal Building & U.S. Courthouse
                222 West Seventh Avenue, #9, Room 253
                Anchorage, Alaska  99513-7567
                Tel: (907) 271-5071
                Fax: (907) 271-1500
                E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2007
a copy of the foregoing NOTICE was served
electronically on:

Richard Curtner
Federal Public Defender

s/ Frank V. Russo