

**FILED**

UNITED STATES COURT OF APPEALS

FEB 19 2008

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

  v.

AARON HICKS,

       Defendant - Appellant.

No. 07-30207

D.C. No. CR-93-00002-HRH
District of Alaska,
Anchorage

ORDER

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

Appellee's unopposed motion to remand this case to the district court in light

of the Supreme Court's decision in *Kimbrough v. United States*, 128 S. Ct. 558

(2007), is granted. We remand for further proceedings consistent with the

Supreme Court's opinion in *Kimbrough.*

**REMANDED.**

A TRUE COPY  7|8|08
ATTEST

MOLLY C. DWYER
Clerk of Court

by R. Roberts
   Deputy Clerk

MOATT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff – Appellee | John J. Novak, Esq., Attorney<br>Direct: 907/271-5071<br>Fax: 907/271-1500<br>[COR LD NTC Assist US Attorney]<br>OFFICE OF THE U.S. ATTORNEY<br>Federal Bldg. &U.S. Courthouse<br>Ste. 9<br>222 W. Seventh Avenue, #9<br>Anchorage, AK 99513-7567<br><br>Jo Ann Farrington, Esq., Assistant U.S. Attorney<br>Direct: 907/271-1500<br>Email: jo.ann.farrington2@usdoj.gov<br>Fax: 907/271-1500<br>[COR NTC US Attorney]<br>OFFICE OF THE U.S. ATTORNEY<br>Federal Bldg. &U.S. Courthouse<br>Rm. 253<br>222 W. Seventh Avenue, #9<br>Anchorage, AK 99513-7567 |
| v. | |
| AARON HICKS<br>Defendant – Appellant | Rich Curtner, Esq., Attorney<br>Direct: 907/646-3400<br>Email: rich_curtner@fd.org<br>Fax: 907/646-3480<br>[COR LD NTC Assist Fed Pub Def]<br>FPDAK – FEDERAL PUBLIC DEFENDER'S OFFICE<br>(ANCHORAGE)<br>Suite 800<br>601 W. Fifth Ave.<br>Anchorage, AK 99501-0000 |