

RECEIVED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 19 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee <br><br> v. <br><br> AARON HICKS, <br><br> Defendant - Appellant | No. 07-30207 <br> D.C. No. CR-93-00002-HRH <br><br> **MANDATE** |

The judgment of this Court, entered 2/19/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly Dwyer
Acting Clerk of Court

By: Gabriela Van Allen
Deputy Clerk