IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　　　　Plaintiff, )<br>)<br>　　vs. )<br>)<br>AARON BEARD, et al., )<br>)<br>　　　　　　　Defendants. )<br>_____)<br>)<br>This Order Pertains to: )<br>)<br>AARON HICKS (D-04) )<br>_____) | No. 3:93-cr-0002-HRH |

O R D E R

At the request of the Government, this case as to defendant Hicks has been remanded to this court by the Ninth Circuit Court of Appeals "for further proceedings consistent with the Supreme Court's opinion in Kimbrough."[1]  Kimbrough v. United States, 128 S. Ct. 558 (2007).

Counsel for the Government and the defendant will please confer and, on or before July 31, 2008, by joint report or an appropriate motion, counsel will inform the court as to the reasons for this remand and what further proceedings are contemplated.

DATED at Anchorage, Alaska, this 16th day of July, 2008.

　　　　　　　　　　　　　　　　　　/s/H. Russel Holland
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1]Docket No. 1005.