UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON HICKS,<br><br>    Defendant. | NO. 3:93-cr-0002-04-HRH<br><br>**PROPOSED ORDER** |

After due consideration of Aaron Hicks' Motion for Resentencing, the motion is GRANTED.

IT IS ORDERED that a resentencing hearing is hereby set for _____ _____, 2008, at _____ \_\_\_.m. in Anchorage, Alaska.

IT IS FURTHER ORDERED that Aaron Hicks is to appear in person at this resentencing hearing in Anchorage, Alaska.

IT IS ALSO ORDERED that the United States Marshals shall arrange transportation for Aaron Hicks to Alaska to meet with counsel and to attend his resentencing hearing in person

DATED this \_\_\_\_\_ day of _____ 2008, in Anchorage, Alaska.

_____
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE