Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON HICKS,<br><br>Defendant. | NO. 3:93-cr-0002-04-HRH<br><br>**AARON HICKS' UNOPPOSED MOTION TO CONTINUE DEADLINE FOR FILING HIS AMENDED MOTION FOR RESENTENCING**<br><br>**(Filed on Shortened Time)** |

COMES NOW THE DEFENDANT, AARON HICKS, by and through counsel Rich Curtner, Federal Defender, and moves this court for an order continuing the deadline for filing his amended motion for resentencing.  This deadline of September 10, 2008, was set by Order of the Honorable H. Russel Holland on August 8, 2008 (Docket No. 1010). Counsel respectfully requests a continuance of two weeks, due to a family emergency and pending family medical leave.

Mr. Hicks is currently incarcerated at USP Coleman, in Coleman, Florida, with a release date of April 15, 2019.

Assistant U.S. Attorney Kelly Cavanaugh does not oppose this continuance.

DATED at Anchorage, Alaska this 10th day of September 2008.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on September 10, 2008, a copy of ***Aaron Hicks' Unopposed Motion to Continue Deadline for Filing His Amended Motion for Resentencing (Filed on Shortened Time)*** was served electronically on:

Kelly A. Cavanaugh
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: kelly.cavanaugh@usdoj.gov

/s/Rich Curtner