UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>AARON HICKS,<br><br>        Defendant. | NO. 3:93-cr-0002-04-HRH<br><br>**PROPOSED ORDER** |

After due consideration of Aaron Hicks' Unopposed Motion to Continue Deadline for Filing His Amended Motion for Resentencing (Filed on Shortened Time), the court GRANTS the motion.

IT IS HEREBY ORDERED that the deadline for Aaron Hicks to file his amended motion for resentencing is continued from September 10, 2008, to _____, 2008.

DATED this \_\_\_\_\_ day of September 2008, in Anchorage, Alaska.

_____
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE