**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**


UNITED STATES OF AMERICA          v. AARON BEARD, et al.

JUDGE JOHN W. SEDWICK,
*for* JUDGE H. RUSSEL HOLLAND          CASE NO.   3:93-cr-0002-HRH

This Minute Order Pertains to:     AARON HICKS (D-04)


      Deputy Clerk                  Official Recorder
_____          _____

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

═══════════════════════════════════════════════════════════


      After due consideration of defendant Aaron Hicks' Unopposed Motion
to Continue Deadline for Filing Amended Motion for Resentencing (Docket
No. 1012), submitted on shortened time, the court grants the motion.

      The deadline for defendant Aaron Hicks to file his amended motion
for resentencing is extended to and including September 30, 2008.

                    ═══════════════════